UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>JAVIER VARGAS CONTRERAS<br><br>　　　　Defendant. | )<br>) CASE NO. MJ23-451<br>)<br>)<br>)<br>) DETENTION ORDER<br>)<br>)<br>) |

<u>Offense charged</u>:　　Violation of Supervised Release

<u>Date of Detention Hearing</u>:　　September 11, 2023.

　　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

　　　　<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

　　　　1.　　Defendant was arrested in this District pursuant to an Arrest Warrant issued by

DETENTION ORDER
PAGE -1

the Eastern District of Washington, alleging violations of the conditions of supervised release in Case No. CR16-204 RMP. Defendant has waived an identity hearing and does not request a detention hearing in this District, but wishes to pursue a release plan when he appears in the charging district. An Order of Transfer has been signed. Defendant's next court appearance will be in the Eastern District of Washington.

2. Defendant poses a risk of nonappearance based on a history of warrants and absconding supervision, a prior attempt to elude, an unknown release plan, substance abuse history, noncompliance while under supervision and a history lack of verifiable employment. Defendant poses a risk of danger based on substance abuse history, a pattern of similar criminal history, and noncompliance while on supervision.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending hearing, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

01    the defendant, to the United States Marshal, and to the United State Probation Services

02    Officer.

03        DATED this 11th day of September, 2023.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3